30 F.3d 1485
 Coda (Jeffrey M.)
v.
Scalzott (Kurt), Warden, Kumar (V. Hema), Physician, Pluto
(Gene M.), Detentional Dentist, Snyder (John), Ward (Betty),
Law Librarian, Marker (Honorable Charles), Uhrin (Gary),
Driscoll (John), Pavetti (Jeffrey), Marolt (Terry R.),
Vidmer (Richard F.), Simon (Ted), County of Westmoreland
 NO. 94-3084
 United States Court of Appeals,
Third Circuit.
 June 03, 1994
 
 Appeal From: W.D.Pa.,
 McCune, J.
 
 
 1
 AFFIRMED.